Opinion issued May 20, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00372-CR

———————————

In re Albert Jenkins, Relator



 



 

Original
Proceeding on Petition for Writ of Mandamus 



 



 

MEMORANDUM OPINION

          Relator, Albert Jenkins, has filed in this Court a petition
for writ of mandamus, complaining that respondent[1]
did not rule on his post-conviction article 11.07 writ of habeas corpus filed
in the 263rd District Court in trial court cause number 668044.  See
Tex. Code Crim. Proc. Ann.
art.  11.07 (Vernon Supp. 2009).  Relator requests that we compel respondent to
rule on his petition for writ of habeas corpus. 
We dismiss the petition.

          This Court has no authority to issue a
writ of mandamus to compel a district court judge to rule on a petition for
writ of habeas corpus in which the judgment of conviction is final.  In re
McAfee, 53 S.W.3d 715, 718 (Tex. App.¾Houston [1st
Dist.] 2001, orig. proceeding).  This is
because jurisdiction to grant post-conviction habeas corpus relief in felony
cases rests exclusively with the Texas Court of Criminal Appeals.  Board
of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eight District, 910 S.W. 2d 482, 483 (Tex. Crim.
App. 1995);  Tex. Code Crim. Proc. Ann. art.  11.07 § 3 (Vernon
Supp. 2009).

          Therefore, the petition for writ of
mandamus is dismissed for lack of jurisdiction.

PER CURIAM

Panel
consists of Justices Jennings, Alcala, and Massengale.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]           Respondent
is the Honorable Jim Wallace, Judge, 263rd District Court, Harris County,
Texas.